UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE:                                       *       CHAPTER 11
       **DEE FORD'S WEST, LLC,**      *
Debtor.                               *       CASE NO. 24-40320-JR11

## AMENDED SCHEDULES

      Comes now the Debtor in the above-styled cause, by and through it's attorney, and amends Schedule "A/B", **Part 11:74** and Summaries as attached hereto.

      This the 21st day of March, 2024.

                                   */s/ J. Gabriel Carpenter*
                                   J. Gabriel Carpenter, Attorney for Debtor
                                   Alabama Consumer Law Group, LLC
                                   P. O. Drawer 756
                                   Talladega, AL 35161
                                   (256) 761-1858
                                   gabe@aclg.law

      I, Dewey Lankford Ford aka Dee Ford, authorized representative of the above Debtor, under penalty of perjury, declare that I have read the attached amended schedule(s) and it is true and correct to the best of my knowledge and belief on this the 21st day of March, 2024.

                                   */s/ Dewey Lankford Ford aka Dee Ford*
                                   DEWEY LANKFORD FORD

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregong has been served electronically upon Robert J. Landry, III, Assistant United States Bankruptcy Administrator at robert_landry@alnba.uscourts.gov., and Linda B. Gore, Trustee, at noticetrustee@ch13gadsden.com and upon the creditors set out on the attached mailing matrix by placing a copy of same in the United States Mail, properly addressed with first-class postage thereon on this the 21st day of March, 2024.

                                   */s/ J. Gabriel Carpenter*
                                   Alabama Consumer Law Group, LLC

| Fill in this information to identify the case | |
|---|---|
| Debtor name | **Dee Ford's West, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ALABAMA** |
| Case number (if known) | **24-40320** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets -- Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**           **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Checking account at Regions Bank** | **Checking account** | 3 8 5 3 | $39,614.86 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $39,614.86

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 7. | Deposits, including security deposits and utility deposits | |

Description, including name of holder of deposit

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

8.1. **Lease Agreement of Real Estate used as Dee Ford's West, LLC**

**Automatically renews every 12 months unless either party gives a written notice of termination no later than 30 days prior to end of term.** _____ **Unknown**

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81. _____ **$0.00**

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                                            Current value of
                                                                                            debtor's interest
11. **Accounts receivable**

11a. 90 days old or less: _____ − _____ = ·············➔ _____
                          face amount      doubtful or uncollectible accounts

11b. Over 90 days old:    _____ − _____ = ·············➔ _____
                          face amount      doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82. _____ **$0.00**

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                          Valuation method           Current value of
                                                          used for current value     debtor's interest
14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83. _____ **$0.00**

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| | | | | |
|---|---|---|---|---|
| Debtor | Dee Ford's West, LLC | | Case number (if known) | 24-40320 |
| | Name | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| Liquor ($3000) Plus $1170 purchased on 3/7/24; Beer ($2500) Food ($1800) Sold approximately $8000 total on 3/9/24 | 03/06/2024 | | | $0.00 |
| 22. Other inventory or supplies | | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.  $0.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. Crops--either planted or harvested | | | | |
| 29. Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | | |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | | |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.  $0.00

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

Official Form 206A/B          Schedule A/B: Assets -- Real and Personal Property          page 3
Case 24-40320-JJR11    Doc 22    Filed 03/21/24    Entered 03/21/24 13:03:26    Desc Main
Document    Page 4 of 10

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                   $0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

    | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                                   $0.00

| Debtor | Dee Ford's West, LLC | Case number (if known) | 24-40320 |
|---|---|---|---|
| | Name | | |

52. Is a depreciation schedule available for any of the property listed in Part 8?
    - ☐ No
    - ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    - ☐ No
    - ☐ Yes

## Part 9: Real property

54. Does the debtor own or lease any real property?
    - ☑ No. Go to Part 10.
    - ☐ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

    | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|

56. Total of Part 9.
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     $0.00

57. Is a depreciation schedule available for any of the property listed in Part 9?
    - ☐ No
    - ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    - ☐ No
    - ☐ Yes

## Part 10: Intangibles and Intellectual Property

59. Does the debtor have any interests in intangibles or intellectual property?
    - ☑ No. Go to Part 11.
    - ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

60. Patents, copyrights, trademarks, and trade secrets

61. Internet domain names and websites

62. Licenses, franchises, and royalties

63. Customer lists, mailing lists, or other compilations

64. Other intangibles, or intellectual property

65. Goodwill

66. Total of Part 10.
    Add lines 60 through 65. Copy the total to line 89.     $0.00

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    - ☐ No
    - ☐ Yes

| Debtor | Dee Ford's West, LLC | Case number (if known) | 24-40320 |
|---|---|---|---|

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    - ☐ No
    - ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    - ☐ No
    - ☐ Yes

## Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No. Go to Part 12.
    - ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    Potential cause of action against Progressive Insurance Company for bad faith and/or negligent failure to settle tort claim.   _Unknown_

    Nature of claim     Over 90 days old

    Amount requested    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.        $0.00

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    - ☑ No
    - ☐ Yes

Debtor  **Dee Ford's West, LLC**        Case number (if known) __24-40320__
　　　　　Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $39,614.86 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.* ➔ | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column. | 91a. $39,614.86 + | 91b. $0.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92................................................................................ $39,614.86

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................................................ $0.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................................................. $39,614.86

   1c. **Total of all property**
   Copy line 92 from Schedule A/B................................................................................................ $39,614.86

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.......... $0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................................. $0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........................ + $2,000,000.00

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................................................ $2,000,000.00

Label Matrix for local noticing
1126-1
Case 24-40320-JJR11
NORTHERN DISTRICT OF ALABAMA
Anniston
Thu Mar 21 12:48:03 CDT 2024

Dee Ford's West, LLC
1960 McCaig Road
Lincoln, AL 35096-4868

U. S. Bankruptcy Court
1100 Gurnee Avenue, Room 288
Anniston, AL 36201-4565

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Secretary of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220-0001

Thomas Lavigne
% S. Drew Barnett
880 Montclair Drive
Suite 300
Birmingham, AL 35213-1980

U.S. Securities and Exchange Commission
Regional Director, Branch of Reorganizat
Atlanta Regional Office, Suite 900
950 East Paces Ferry Road
Atlanta, GA 30326-1180

United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203-2101

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

United States Bankruptcy Administrator
Northern District of Alabama
1800 Fifth Avenue North
Birmingham, AL 35203-2111

White Robins Inv. LLC
1960 McCaig Road
Lincoln, AL 35096-4868

Harvey B. Campbell Jr.
Alabama Consumer Law Group, LLC
Post Office Drawer 756
400 S. Court Square
Talladega, AL 35160-2499

Jonathan G Carpenter
Alabama Consumer Law Group, LLC
P.O. Box 756
Talladega, AL 35161-0756

Megan Campbell Carpenter
Alabama Consumer Law Group, LLC
P.O. Drawer 756
Talladega, AL 35161-0756

Robert J Landry
Bankruptcy Administrator's Office
United States Courthouse
1100 Gurnee Avenue
Anniston, AL 36201-4565

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14