UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. |
| | ) | |
| DEE FORD'S WEST, LLC | ) | 24-40320 |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

The United States Bankruptcy Administrator for the Northern District of Alabama hereby appoints the following qualified individual as the Subchapter V Trustee in the above-captioned case until such time that the Trustee's services are discharged or otherwise terminated:

>Linda B. Gore
>Post Office Box 1338
>Gadsden, AL 35902
>Telephone No. 256-546-9262
>Email: linda@ch13gadsden.com

**DATED** this the 22nd day of March 2024.

>J. THOMAS CORBETT
>United States Bankruptcy Administrator
>Northern District of Alabama

BY: /s/ Robert J. Landry, III
>Robert J. Landry, III
>Assistant U.S. Bankruptcy Administrator
>Bar ID No. ASB-3091-L55R
>Robert_Landry@alnba.uscourts.gov

United States Bankruptcy Administrator
Northern District of Alabama
1100 Gurnee Avenue
Anniston, Alabama 36201
(256) 741-1540

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March 2024, I have served a copy of the foregoing via email on the parties listed below:

Linda B. Gore
linda@ch13gadsden.com

Gabe Carpenter
gabe@aclg.law

Megan Carpenter
megan@aclg.law

Harvey B. Campbell, Jr.
Buddy@aclg.law

/s/ Robert J. Landry, III

2