# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 1126−1 | User: admin | | Date Created: 3/22/2024 |
| Case: 24−40320−JJR11 | Form ID: pdf000 | | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Robert J Landry | robert_landry@alnba.uscourts.gov |
| tr | Linda B. Gore (SBRA) | linda@ch13gadsden.com |
| aty | Harvey B. Campbell, Jr. | Buddy@aclg.law |
| aty | Jonathan G Carpenter | gabe@aclg.law |
| aty | Megan Campbell Carpenter | megan@aclg.law |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Dee Ford's West, LLC | 1960 McCaig Road | Lincoln, AL 35096 | | |
| intp | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101 | | |
| smg | Robert Landry | BA Anniston | 1129 Noble Street | Room 117 | Anniston, AL 36201 |

TOTAL: 3