IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| IN RE: | ) | |
|---|---|---|
| DEE FORD'S WEST, LLC, | ) | CHAPTER 11, SUBCHAPTER V |
| Debtor. | ) | CASE NO.: 24-40320-JJR |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the FEDERAL RULES OF BANKRUPTCY PROCEDURE, Dee Ford's West, LLC hereby provides the following list of holders of equity interests:

| Interest Holder | Kind of Interest | Percentage Held |
|---|---|---|
| Dewey Lankford Ford (Sole Member) | Equity | 100% |

Respectfully submitted this 28th day of March, 2024.

*/s/ Dewey Lankford Ford*
Dewey Lankford Ford, aka Dee Ford,
as Sole Member of Dee Ford's West, LLC,
Chapter 11 Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, I electronically filed the List of Equity Security Holders with the Clerk of the Court using the CM/ECF System, which will werve a copy on the following:

Robert J. Landry, III
Assistant United States
Bankruptcy Administrator
Northern District of Alabama
robert_landry@alnba.uscourts.gov

Linda B. Gore
Chapter 13 Trustee
noticetrustee@ch13gadsden.com

I further certify that on March 28, 2024, I served a copy of the List of Equity Security Holders upon the creditors set out on the attached Mailing Matrix via United States Postal Service, First Class Mail, Postage Prepaid.

/s/ J. Gabriel Carpenter
Alabama Consumer Law Group, LLC

```
Label Matrix for local noticing         Dee Ford's West, LLC                    Internal Revenue Service
1126-1                                  1960 McCaig Road                        PO Box 7346
Case 24-40320-JJR11                     Lincoln, AL 35096-4868                  Philadelphia, PA 19101-7346
NORTHERN DISTRICT OF ALABAMA
Anniston
Thu Mar 28 16:37:23 CDT 2024

U. S. Bankruptcy Court                  Secretary of the Treasury               Thomas Lavigne
1100 Gurnee Avenue, Room 288            1500 Pennsylvania Ave., NW              % S. Drew Barnett
Anniston, AL 36201-4565                 Washington, DC 20220-0001               880 Montclair Drive
                                                                                Suite 300
                                                                                Birmingham, AL 35213-1980

U.S. Securities and Exchange Commission United States Attorney                  United States Attorney General
Regional Director, Branch of Reorganizat Northern District of Alabama           U.S. Department of Justice
Atlanta Regional Office, Suite 900      1801 Fourth Avenue North                950 Pennsylvania Avenue, NW
950 East Paces Ferry Road               Birmingham, AL 35203-2101               Washington DC 20530-0001
Atlanta, GA 30326-1180

United States Bankruptcy Administrator  White Robins Inv. LLC                   Harvey B. Campbell Jr.
Northern District of Alabama            1960 McCaig Road                        Alabama Consumer Law Group, LLC
1800 Fifth Avenue North                 Lincoln, AL 35096-4868                  Post Office Drawer 756
Birmingham, AL 35203-2111                                                       400 S. Court Square
                                                                                Talladega, AL 35160-2499

Jonathan G Carpenter                    Linda B. Gore (SBRA)                    Megan Campbell Carpenter
Alabama Consumer Law Group, LLC         Linda B. Gore (Sbra), Panel Trustee     Alabama Consumer Law Group, LLC
P.O. Box 756                            301 South 3rd Street                    P.O. Drawer 756
Talladega, AL 35161-0756                Gadsden, AL 35901-5236                  Talladega, AL 35161-0756


Robert J Landry
Bankruptcy Administrator's Office
United States Courthouse
1100 Gurnee Avenue
Anniston, AL 36201-4565
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service             End of Label Matrix
P.O. Box 7346                           Mailable recipients     15
Philadelphia, PA  19101-7346            Bypassed recipients      1
                                        Total                   16
```