UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
Eastern DIVISION

**In re:**

Dee Ford's West, LLC

**Debtor(s).**

CASE NO. 24-40320

## CORPORATE PARENT DISCLOSURE STATEMENT

Pursuant to Bankruptcy Rule 1007(a) or Bankruptcy Rule 7007.1,

__Dee Ford's West, LLC__, a (check one)
(Name of Corporation)

- ◉ Corporate Debtor
- ○ Party to an adversary proceeding
- ○ Party to a contested matter
- ○ Member of committee of creditors

makes the following disclosure(s):

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests, are listed below:

_____

**OR**

- ◉ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: 3/28/2024            By: /s/ Dewey Lankford Ford

                               Sole Member

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, I electronically filed the Corporate Parent Disclosure Statement with the Clerk of the Court using the CM/ECF System, which will werve a copy on the following:

Robert J. Landry, III
Assistant United States
Bankruptcy Administrator
Northern District of Alabama
robert_landry@alnba.uscourts.gov

Linda B. Gore
Chapter 13 Trustee
noticetrustee@ch13gadsden.com

I further certify that on March 28, 2024, I served a copy of the List of Equity Security Holders upon the creditors set out on the attached Mailing Matrix via United States Postal Service, First Class Mail, Postage Prepaid.

/s/ J. Gabriel Carpenter
Alabama Consumer Law Group, LLC

```
Label Matrix for local noticing          Dee Ford's West, LLC                    Internal Revenue Service
1126-1                                   1960 McCaig Road                        PO Box 7346
Case 24-40320-JJR11                      Lincoln, AL 35096-4868                  Philadelphia, PA 19101-7346
NORTHERN DISTRICT OF ALABAMA
Anniston
Thu Mar 28 16:37:23 CDT 2024

U. S. Bankruptcy Court                   Secretary of the Treasury               Thomas Lavigne
1100 Gurnee Avenue, Room 288             1500 Pennsylvania Ave., NW              % S. Drew Barnett
Anniston, AL 36201-4565                  Washington, DC 20220-0001               880 Montclair Drive
                                                                                 Suite 300
                                                                                 Birmingham, AL 35213-1980

U.S. Securities and Exchange Commission  United States Attorney                  United States Attorney General
Regional Director, Branch of Reorganizat Northern District of Alabama            U.S. Department of Justice
Atlanta Regional Office, Suite 900       1801 Fourth Avenue North                950 Pennsylvania Avenue, NW
950 East Paces Ferry Road                Birmingham, AL 35203-2101               Washington DC 20530-0001
Atlanta, GA 30326-1180

United States Bankruptcy Administrator   White Robins Inv. LLC                   Harvey B. Campbell Jr.
Northern District of Alabama             1960 McCaig Road                        Alabama Consumer Law Group, LLC
1800 Fifth Avenue North                  Lincoln, AL 35096-4868                  Post Office Drawer 756
Birmingham, AL 35203-2111                                                        400 S. Court Square
                                                                                 Talladega, AL 35160-2499

Jonathan G Carpenter                     Linda B. Gore (SBRA)                    Megan Campbell Carpenter
Alabama Consumer Law Group, LLC          Linda B. Gore (Sbra), Panel Trustee     Alabama Consumer Law Group, LLC
P.O. Box 756                             301 South 3rd Street                    P.O. Drawer 756
Talladega, AL 35161-0756                 Gadsden, AL 35901-5236                  Talladega, AL 35161-0756


Robert J Landry
Bankruptcy Administrator's Office
United States Courthouse
1100 Gurnee Avenue
Anniston, AL 36201-4565
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service              End of Label Matrix
P.O. Box 7346                            Mailable recipients    15
Philadelphia, PA  19101-7346             Bypassed recipients     1
                                         Total                  16
```