IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NO. |
| DEE FORD'S WEST, L.L.C., | ) | |
| | ) | 24-40320 |
| DEBTOR. | ) | |
| | ) | (CHAPTER 11 CASE) |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## TO PROCEED WITH APPEALS

**COMES NOW**, the Creditor, **THOMAS LAVIGNE**, by and through its attorney, **HARRY P. LONG**, and hereby gives notice to the Court, debtors-in-possession, and other parties in interest as follows:

On the 25th day of October, 2023, the jury, in the case of Thomas Lavigne vs Dee Ford's West, LLC, having case number CV 2019-900254, in the Circuit Court of Talladega County, returned a verdict in the amount of Two Million and no/100 Dollars ($2,000,000.00) against the Debtor-in-Possession, **DEE FORD'S WEST, LLC**;

**DEE FORD'S WEST, L.L.C.** is the Debtor-in-Possession in the above-styled case.

After post-judgment discovery, tax costs in the amount of Ten Thousand Nine Hundred Thirty-Five and 47/100 Dollars ($10,935.47) was entered in favor of the Creditor and against the Debtor-in-Possession, **DEE FORD'S WEST, LLC**.

On the 26th day of February, 2024, **DEE FORD'S WEST, L.L.C.**, appealed the judgement to the Alabama Supreme Court, where they are currently pending with case number being No. SC 2024-0120.

On or about the 19th day of March, 2024, **DEE FORD'S WEST, L.L.C.**, filed the above-styled Chapter 11 bankruptcy case in the United States Bankruptcy Court for the Northern District of Alabama.

To establish the debts and obligations of the Debtor-in-Possession, a determination by the Supreme Court of Alabama is necessary to establish the amount owed to the Movant to the Debtor-in-Possession in the lawsuit referenced above filed initially in the Circuit Court of Talladega County, Alabama.

The Creditor seeks relief from the automatic stay to the extent necessary to proceed to a resolution of the above referenced appeal.

**WHEREFORE**, the above premises considered, the Movant requests that this Honorable Court grant relief from the stay to the extent that the Debtor-in-Possession

and the other parties to the appeal may pursue their claims and interests in the appeal currently set before the Supreme Court of Alabama to the extent of a resolution of said appeal and for other and further relief as is just.

**DATED:** This the 29th day of March, 2024.

                                                     Harry P. Long
                                                   Attorney for Debtor-in-Possession
                                                   Post Office Box 1468
                                                   Anniston, Alabama 36202
                                                   (256) 237-3266
                                                   hlonglegal8@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all creditors listed on the attached mailing matrix by placing a copy of the same in the U.S. mail, properly addressed and first-class postage prepaid, and electronically on the following, on this the 29 day of March, 2024:

Robert J. Landry, III
U.S. Bankruptcy Administrator's Office
robert_landry@alnba.uscourts.gov

Harvey B. Campbell, Jr.
Attorney for Dee Ford's West, LLC
buddy@aclg.law

Jonathan G. Carpenter
Attorney for Dee Ford's West
gabe@aclg.law

Megan Campbell Carpenter
Attorney for Dee Ford's West, LLC
megan@aclg.law

Brian C. Richardson
Attorney for Dee Ford's West
brian.richardson@swiftcurrie.com

Brandon J. Clapp
Attorney for Dee Ford's West
brandon.clapp@swiftcurrie.com

Murray S. Flint
Attorney for Dee Ford's West
murray.flint@swiftcurrie.com

Richard Joel Laird
Attorney for Dee Ford's West
joellairdlaw@yahoo.com

Clarence Dortch, III
Attorney for Dee Ford's West
dortchIII@gmail.com

Clarence Dortch, IV
Attorney for Dee Ford's West
cedortch4@gmail.com

Carol Ann Smith
Attorney for Dee Ford's West
carolann@sblegalteam.com

Christopher J. Doty
Attorney for Dee Ford's West
chrisd@sblegalteam.com

Clay Justin Thomason
Attorney for Dee Ford's West
claythomason@t-mlaw.net

S. Drew Barnett
Attorney for Plaintiff
drewb@beltlawfirm.com

Keith T. Belt, Jr.
Attorney for Plaintiff
keithb@beltlawfirm.com

Robert Page Bruner
Attorney for Plaintiff
robertb@beltlawfirm.com

Jessica Bonds
Attorney for Plaintiff
jessicab@beltlawfirm.com

Phillip M. Abbott
Attorney for Plaintiff
matt@abbotfirm.com

William Ryan Myers
Attorney for Plaintiff
ryanm@beltlawfirm.com

Justin C. Owen
Attorney for Plaintiff
justin@bodewell-law.com

_____
Harry P. Long

```
Label Matrix for local noticing          Dee Ford's West, LLC                    Internal Revenue Service
1126-1                                   1960 McCaig Road                        PO Box 7346
Case 24-40320-JJR11                      Lincoln, AL 35096-4868                  Philadelphia, PA 19101-7346
NORTHERN DISTRICT OF ALABAMA
Anniston
Fri Mar 29 10:44:55 CDT 2024

U. S. Bankruptcy Court                   Secretary of the Treasury               Thomas Lavigne
1100 Gurnee Avenue, Room 288             1500 Pennsylvania Ave., NW              % S. Drew Barnett
Anniston, AL 36201-4565                  Washington, DC 20220-0001               880 Montclair Drive
                                                                                 Suite 300
                                                                                 Birmingham, AL 35213-1980


U.S. Securities and Exchange Commission  United States Attorney                  United States Attorney General
Regional Director, Branch of Reorganizat Northern District of Alabama            U.S. Department of Justice
Atlanta Regional Office, Suite 900       1801 Fourth Avenue North                950 Pennsylvania Avenue, NW
950 East Paces Ferry Road                Birmingham, AL 35203-2101               Washington DC 20530-0001
Atlanta, GA 30326-1180


United States Bankruptcy Administrator   White Robins Inv. LLC                   Harvey B. Campbell Jr.
Northern District of Alabama             1960 McCaig Road                        Alabama Consumer Law Group, LLC
1800 Fifth Avenue North                  Lincoln, AL 35096-4868                  Post Office Drawer 756
Birmingham, AL 35203-2111                                                        400 S. Court Square
                                                                                 Talladega, AL 35160-2499


Jonathan G Carpenter                     Linda B. Gore (SBRA)                    Megan Campbell Carpenter
Alabama Consumer Law Group, LLC          Linda B. Gore (Sbra), Panel Trustee     Alabama Consumer Law Group, LLC
P.O. Box 756                             301 South 3rd Street                    P.O. Drawer 756
Talladega, AL 35161-0756                 Gadsden, AL 35901-5236                  Talladega, AL 35161-0756


Robert J Landry
Bankruptcy Administrator's Office
United States Courthouse
1100 Gurnee Avenue
Anniston, AL 36201-4565
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service              End of Label Matrix
P.O. Box 7346                            Mailable recipients    15
Philadelphia, PA  19101-7346             Bypassed recipients     1
                                         Total                  16
```