**Van−014** [Notice of Final Hearing] (Rev. 10/23)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

**In re:**  
Dee Ford's West, LLC  

**EIN:** 96−1984033

**Case No.** 24−40320−JJR11  
**Chapter** 11

**Debtor(s)**

## NOTICE OF FINAL HEARING

Notice is hereby given that **Thomas Lavigne** filed a **Motion for Relief from Automatic Stay** in the above−styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

The final hearing will be held to consider and act upon said Motion.

**Date:** Thursday, April 18, 2024          **Time:** 09:30 AM

**Location:** Room 307, Federal Courthouse, 1100 Gurnee Avenue, Anniston, AL 36201

Attendance may not be required for hearings on certain matters if a settlement has been reached as approved by all parties and announced to the Court by an attorney prior to the hearing date.

Dated: March 29, 2024                    By:

Joseph E. Bulgarella, Clerk  
United States Bankruptcy Court

sog