# RESOLUTION OF LIMITED LIABILITY COMPANY
# AUTHORIZING FILING OF BANKRUPTCY PETITION

I, Dewey Lankford Ford, do hereby certify that this Resolution of the Board of Directors of Dee Ford's West, LLC ("the Company"), a limited liability company duly organized and existing under the laws of Alabama, authorizing the Company to file a voluntary bankruptcy petition was adopted on March 19, 2024.

**WHEREAS**, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

**FURTHER RESOLVED** that Dewey Lankford Ford, the sole member of the Company, is authorized to execute all documents necessary for the Company to file a voluntary petition under chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED** that Dewey Lankford Ford, the sole member of the Company, is authorized to employ Alabama Consumer Law Group, LLC to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

**FURTHER RESOLVED** that Dewey Lankford Ford is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

**FURTHER RESOLVED** that Dewey Lankford Ford is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED** that all acts lawfully done by Dewey Lankford Ford to effectuate the intent of these resolutions are hereby ratified and approved.

Date: April 2, 2024

*/s/ Dewey Lankford Ford*
Dewey Lankford Ford, aka Dee Ford,
as Sole Member of Dee Ford's West,
LLC, Chapter 11 Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, I electronically filed the Resolution Of Limited Liability Company Authorizing Filing of Bankruptcy Petition with the Clerk of the Court using teh CM/ECF System, which will serve a copy on the following:

Robert J. Landry III
Assistant United States
Bankuptcy Administrator
Northern District of Alabama
*robert_landry@alnba.uscourts.gov*

Linda B. Gore
Chapter 13 Trustee
*noticetrustee@ch13gadsden.com*

I further certify that on April 2, 2024, I served a copy of the Resolution of Limited Liability Company Authorizing Filing of Bankruptcy Petition upon the creditors set out on the attached Mailing Matrix via Unisted States Postal Service, First Class Mail, Postage Prepaid.

*/s/ J. Gabriel Carpenter*
Alabama Consumer Law Group, LLC

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-1<br>Case 24-40320-JJR11<br>NORTHERN DISTRICT OF ALABAMA<br>Anniston<br>Tue Apr  2 14:37:19 CDT 2024 | Dee Ford's West, LLC<br>1960 McCaig Road<br>Lincoln, AL 35096-4868 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| U. S. Bankruptcy Court<br>1100 Gurnee Avenue, Room 288<br>Anniston, AL 36201-4565 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Thomas Lavigne<br>% S. Drew Barnett<br>880 Montclair Drive<br>Suite 300<br>Birmingham, AL 35213-1980 |
| U.S. Securities and Exchange Commission<br>Regional Director, Branch of Reorganizat<br>Atlanta Regional Office, Suite 900<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 | United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 |
| United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 | White Robins Inv. LLC<br>1960 McCaig Road<br>Lincoln, AL 35096-4868 | Harvey B. Campbell Jr.<br>Alabama Consumer Law Group, LLC<br>Post Office Drawer 756<br>400 S. Court Square<br>Talladega, AL 35160-2499 |
| Jonathan G Carpenter<br>Alabama Consumer Law Group, LLC<br>P.O. Box 756<br>Talladega, AL 35161-0756 | Linda B. Gore (SBRA)<br>Linda B. Gore (Sbra), Panel Trustee<br>301 South 3rd Street<br>Gadsden, AL 35901-5236 | Megan Campbell Carpenter<br>Alabama Consumer Law Group, LLC<br>P.O. Drawer 756<br>Talladega, AL 35161-0756 |
| Robert J Landry<br>Bankruptcy Administrator's Office<br>United States Courthouse<br>1100 Gurnee Avenue<br>Anniston, AL 36201-4565 | Thomas Lavigne<br>c/o S. Drew Barnett<br>880 Montclair Drive<br>Suite 300<br>Birmingham, AL 35213-1980 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     1<br>Total                  17 |