# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| **DEE FORD'S WEST, LLC,** | ) | **CHAPTER 11, SUBCHAPTER V** |
| **Debtor.** | ) | **CASE NO.: 24-40320-JJR** |

## STATUS REPORT

The Debtor, Dee Ford's West, LLC, operates a bar and grill in Lincoln, Alabama. The business carried no debt until recently. In 2019, a premise liability action was filed against the Debtor. In October 2023, after years of litigation, a judgment in the amount of Two Million Dollars ($2,000,000) was entered against the Debtor, which threatened the viability of the business.

The Debtor intends to propose a Plan of Reorganization which will devote any disposable income to the unsecured judgment creditor, while still allowing him to operate the business. In the meantime, Debtor intends to investigate a possible lawsuit for negligent or bad faith failure to settle the lawsuit that resulted in the judgment and precipitated this bankruptcy filing.

Given that there is only one creditor in this case, the Debtor expects to have a Plan filed by the June 17, 2024 deadline.

Respectfully submitted this 4th day of April, 2024.

*/s/ J. Gabriel Carpenter*

Harvey B. Campbell, Jr.
Megan C. Carpenter and
J. Gabriel Carpenter
*Attorneys for Debtor*
ALABAMA CONSUMER LAW GROUP, LLC
P.O. Drawer 756
Talladega, AL 35161
(256) 761-1858
buddy@aclg.law
megan@aclg.law
gabe@aclg.law

Case 24-40320-JJR11    Doc 47    Filed 04/04/24    Entered 04/04/24 16:37:21    Desc Main
Document      Page 1 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and served a copy of the foregoing by U.S. First Class Mail, postage prepaid, properly addressed to the creditors listed in the attached mailing matrix, and to the following via electronic mail:


Robert J. Landry, III
Assistant United States Bankruptcy
Administrator
Northern District of Alabama
1100 Gurnee Avenue
Anniston, Alabama 36201
robert_landry@alnba.uscourts.gov

Linda Baker Gore
Chapter 13 Trustee
P.O. Box 1338
Gadsden, AL 35902
noticetrustee@ch13gadsden.com


/s/ J. Gabriel Carpenter
J. Gabriel Carpenter
*Attorney for Debtor*

Case 24-40320-JJR11   Doc 47   Filed 04/04/24   Entered 04/04/24 16:37:21   Desc Main
Document    Page 2 of 3

Label Matrix for local noticing
1126-1
Case 24-40320-JJR11
NORTHERN DISTRICT OF ALABAMA
Anniston
Thu Apr  4 16:34:17 CDT 2024

Dee Ford's West, LLC
1960 McCaig Road
Lincoln, AL 35096-4868

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

U. S. Bankruptcy Court
1100 Gurnee Avenue, Room 288
Anniston, AL 36201-4565

Secretary of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220-0001

Thomas Lavigne
% S. Drew Barnett
880 Montclair Drive
Suite 300
Birmingham, AL 35213-1980

U.S. Securities and Exchange Commission
Regional Director, Branch of Reorganizat
Atlanta Regional Office, Suite 900
950 East Paces Ferry Road
Atlanta, GA 30326-1180

United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203-2101

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

United States Bankruptcy Administrator
Northern District of Alabama
1800 Fifth Avenue North
Birmingham, AL 35203-2111

White Robins Inv. LLC
1960 McCaig Road
Lincoln, AL 35096-4868

Harvey B. Campbell Jr.
Alabama Consumer Law Group, LLC
Post Office Drawer 756
400 S. Court Square
Talladega, AL 35160-2499

Jonathan G Carpenter
Alabama Consumer Law Group, LLC
P.O. Box 756
Talladega, AL 35161-0756

Linda B. Gore (SBRA)
Linda B. Gore (Sbra), Panel Trustee
301 South 3rd Street
Gadsden, AL 35901-5236

Megan Campbell Carpenter
Alabama Consumer Law Group, LLC
P.O. Drawer 756
Talladega, AL 35161-0756

Robert J Landry
Bankruptcy Administrator's Office
United States Courthouse
1100 Gurnee Avenue
Anniston, AL 36201-4565

Thomas Lavigne
c/o S. Drew Barnett
880 Montclair Drive
Suite 300
Birmingham, AL 35213-1980

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17