# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

**In the Matter of:**

Dee Ford's West, LLC } **Case No: 24-40320-JJR11**
}
DEBTOR(S). }
}
}

## COURTROOM DEPUTY NOTES

| | |
|---|---|
| **Matter(s):** | RE: Doc #12; SubChapter V Status Conference |
| **Date and Time:** | Thursday, April 18, 2024 09:30 AM |
| **Appearances:** | Linda B. Gore (SBRA) (Trustee) |
| | Robert J Landry (Bankruptcy Administrator) |
| | Jonathan G Carpenter, attorney for Dee Ford's West, LLC (Debtor) |
| | Harry Long, attorney for Thomas Lavinge |
| **Courtroom Deputy:** | Tenina Milner |
| **Presiding Judge:** | JAMES J. ROBINSON |
| **Court Notes:** | The status conference was held on 4/18/2024. |

Date Prepared: 04/18/2024