| | | |
|---|---|---|
| **Insured Name and Address**<br>Dee Ford's West LLC DBA Dee Ford's West<br>1960 McCaig Rd<br>Lincoln, AL 35096<br>(205) 362-2467 | *Dee Ford's West, LLC*<br>*24-40320-11* |  **West Insurance Inc.**<br>1211 West Hamric Drive<br>PO Box 3348<br>Oxford, AL 36203<br>(256) 831-0205<br>www.westinco.com |

# Commercial Package

**Policy Number:**  
**Effective Date:** 2/28/2024  
**Expiration Date:** 2/28/2025  

**Insurer:** Burns & Wilcox, Ltd  
**Writing Company:** Atain Specialty Insurance Company  

## Billing Information
**Billing Method:** Agency Billed  **Payment Plan:** Premium Finance  **Current Premium:** $ 5119.80  **Written Premium:** $

## CGL - General Liability

### Policy Hazards
| Classification | Class Code | Premium Basis | Exposure | Territory |
|---|---|---|---|---|

### Location Schedule of Hazards
| Location No. | Classification | Class Code | Premium Basis | Exposure | Territory |
|---|---|---|---|---|---|
| 1 | | 16921 | S | | 100000 |

### Location / Premises
| Loc | Bldg | Address | City | State | Zip |
|---|---|---|---|---|---|
| 1 | 1 | 1960 McCaig Road | Lincoln | AL | 35096 |

### General Liability Coverages
| Code | Description | Limit 1 | Deductible | Premium |
|---|---|---|---|---|
| MEDEX | Medical Expense | $5,000 | | |
| FIRDM | Damage To Rented Premises (each occurrence) | $100,000 | | |
| EAOCC | Each Occurrence | $1,000,000 | | |
| PIADV | Personal and Advertising Injury | $1,000,000 | | |
| PRDCO | Products/Completed Operations | $2,000,000 | | |
| GENAG | General Aggregate | $2,000,000 | | |

### 1 - 1960 McCaig Road Lincoln, AL 35096

## PROP - Commercial Property

### Location / Premises
| Loc | Bldg | Address | City | State | Zip |
|---|---|---|---|---|---|
| 1 | 1 | 1960 McCaig Road | Lincoln | AL | 35096 |

### Premises Information
| Loc | Bldg | Subject of Insurance | Ins Amt | % of Coins | Valuation Type | Cause of Loss | Inflation Guard | Deductible |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Personal Property | $200,000 | 80 | A | Special (Including theft) | | 1000.00 |

### Business Income Coverages
| Loc | Bldg | Coverage | Type Of Business | Ordinary Payroll | # of Days | Monthly Period Limit |
|---|---|---|---|---|---|---|
| 1 | 1 | | | | | 0 |

### Extra Expense Coverages
| Loc | Bldg | Subject of Insurance | Days Period Rest | Limit Loss Pay % |
|---|---|---|---|---|
| 1 | 1 | Personal Property | | |

### Building Information
| Loc | Bldg | Construction Type | Protection Class | Number Of Stories | Year Built | Total Area |
|---|---|---|---|---|---|---|
| 1 | 1 | J - Joisted Masonry | 3 | 2 | 1978 | 5000.00 |

### Glass Schedule Coverages
| Glass Deductible | Retention Percentage | Item Number | Description of Glass | Limit of Insurance |
|---|---|---|---|---|
| | 0 | 0 | | 0 |

**IMPORTANT NOTICE:** This document does not constitute a legally binding contract for an insurance policy. The policies always govern the coverage and should be referred to for specific situations. It is not the intent of this summary to alter the policies in any way



**Insured Name and Address**
Dee Ford's West LLC DBA Dee Ford's West
1960 McCaig Rd
Lincoln, AL 35096
(205) 362-2467

**West Insurance Inc.**
1211 West Hamric Drive
PO Box 3348
Oxford, AL 36203
(256) 831-0205
www.westinco.com

# Liquor Liability

**Policy Number:** ▇▇▇▇
**Effective Date:** 2/28/2024
**Expiration Date:** 2/28/2025

**Insurer:** CRC
**Writing Company:** Founders Insurance Company

**Billing Information**
**Billing Method:** Agency Billed   **Payment Plan:** Premium Finance   **Current Premium:** $ 26896.00   **Written Premium:** $

**Location / Premises**

| Loc | Bldg | Address | City | State | Zip |
|---|---|---|---|---|---|
| 1 | 1 | 1960 McCaig Road | Lincoln | AL | 35096 |

**General Remarks**
100,000/100,000 limit

---

IMPORTANT NOTICE: This document does not constitute a legally binding contract for an insurance policy. The policies always govern the coverage and should be referred to for specific situations. It is not the intent of this summary to alter the policies in any way