IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NO. |
| DEE FORD'S WEST, L.L.C., | ) | |
| | ) | 24-40320 |
| DEBTOR. | ) | |
| | ) | (CHAPTER 11 CASE) |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH APPEALS

The above-styled matter came before this Court on April 18, 2024, on the Motion (Doc No. 40) filed by **THOMAS LAVIGNE** to allow the parties to the appeal currently pending before Alabama Supreme Court to pursue said appeal to a conclusion. This appeal is currently before the Alabama Supreme Court having case number SC 2024-0120 pending resolution of the appeal. The Debtor does not oppose this motion.

Therefore, for good cause shown or found, it is ORDERED, ADJUDGED AND DECREED that the stay provided by 11 U.S.C. Section 362 is lifted to the extent that all parties to the appeal currently before the Alabama Supreme Court having case number SC 2024-0120 are authorized and directed to pursue said appeal to a conclusion; provided however, this order does not lift the stay to permit collection or recovery from the Debtor or from assets of the estate without further order of Court.

**DATED**: This the 6th day of May 2024.

/s/ James J. Robinson
JAMES J. ROBINSON
United States Bankruptcy Judge

Prepared by:
Harry P. Long
Attorney for Thomas Lavigne
P. O. Box 1468
Anniston, AL 36202
(256) 237-3266
hlonglegal8@gmail.com