UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11, SUBCHAPTER V |
|   DEE FORD'S WEST, LLC, | * | |
| Debtor. | * | CASE NO.: 24-40320 |

2ND
**AMENDED CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2024, a copy of **Debtor's Plan of Reorganization Under Subchapter V of Chapter 11** was served electronically upon Robert landry, Bankruptcy Administrator at robert_landry@alnba.uscourts.gov, Linda B. Gore at linda@ch13gadsden.com, Harry P. Long, Attorney for Thomas Lavigne at hlonglegal8@gmail.com, upon Richard O'Neal, at USAALN.BANKRUPTCY@usdoj.gov and upon the creditors set out on the attached mailing matrix by placing a copy of same in the United States Mail, properly addressed with first-class postage thereon on this the 26th day of June, 2024.

                                                    */s/ J. Gabriel Carpenter*
                                                    J. Gabriel Carpenter
                                                    Attorney for Debtor
                                                    Alabama Consumer Law Group, LLC
                                                    P. O. Drawer 756
                                                    Talladega, AL 35161
                                                    (256) 761-1858
                                                    gabe@aclg.law

```
Label Matrix for local noticing          Dee Ford's West, LLC                    Internal Revenue Service
1126-1                                   1960 McCaig Road                        PO Box 7346
Case 24-40320-JJR11                      Lincoln, AL 35096-4868                  Philadelphia, PA 19101-7346
NORTHERN DISTRICT OF ALABAMA
Anniston
Wed Jun 26 12:13:57 CDT 2024

U. S. Bankruptcy Court                   Chadwick Hyatt                          Destiny R. Hare
1100 Gurnee Avenue, Room 288             % Steven D. Adcock                      % Shunnarah Personal Injury Lawyers
Anniston, AL 36201-4565                  Attorney at Law                         2900 1st Avenue, South
                                         114 East Street, North                  Birmingham, AL 35233-3033
                                         Talladega, AL 35160-2066

Robert Lee Rumsey III                    Secretary of the Treasury               Thomas Lavigne
Attorney at Law                          1500 Pennsylvania Ave., NW              % S. Drew Barnett
P. O. Box 1325                           Washington, DC 20220-0001               880 Montclair Drive
Sylacauga, AL 35150-1325                                                         Suite 300
                                                                                 Birmingham, AL 35213-1980

Thomas Lavigne                           U.S. Securities and Exchange Commission United States Attorney
c/o Harry P. Long, Esquire               Regional Director, Branch of Reorganizat Northern District of Alabama
PO Box 1468                              Atlanta Regional Office, Suite 900      1801 Fourth Avenue North
Anniston, AL 36202-1468                  950 East Paces Ferry Road               Birmingham, AL 35203-2101
                                         Atlanta, GA 30326-1180

United States Attorney General           United States Bankruptcy Administrator  White Robins Inv. LLC
U.S. Department of Justice               Northern District of Alabama            1960 McCaig Road
950 Pennsylvania Avenue, NW              1800 Fifth Avenue North                 Lincoln, AL 35096-4868
Washington DC 20530-0001                 Birmingham, AL 35203-2111

Harvey B. Campbell Jr.                   Jonathan G Carpenter                    Linda B. Gore (SBRA)
Alabama Consumer Law Group, LLC          Alabama Consumer Law Group, LLC         Linda B. Gore (Sbra), Panel Trustee
Post Office Drawer 756                   P.O. Box 756                            301 South 3rd Street
400 S. Court Square                      Talladega, AL 35161-0756                Gadsden, AL 35901-5236
Talladega, AL 35160-2499

Megan Campbell Carpenter                 Robert J Landry                         Thomas Lavigne
Alabama Consumer Law Group, LLC          Bankruptcy Administrator's Office       c/o S. Drew Barnett
P.O. Drawer 756                          United States Courthouse                880 Montclair Drive
Talladega, AL 35161-0756                 1100 Gurnee Avenue                      Suite 300
                                         Anniston, AL 36201-4565                 Birmingham, AL 35213-1980
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Destiny R. Hare                       (d)Internal Revenue Service             End of Label Matrix
% Shunnarah Personal Injury Lawyers      P.O. Box 7346                           Mailable recipients    20
2900 1st Avenue, South                   Philadelphia, PA  19101-7346            Bypassed recipients     2
Birmingham, AL 35233-3033                                                        Total                  22
```