IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| DEE FORD'S WEST, LLC, | ) | CHAPTER 11, SUBCHAPTER V |
| Debtor. | ) | CASE NO.: 24-40320 |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 1, 2024 I have served a copy of (1) the Debtor's Plan of Reorganization dated June 25, 2024; (2) the Court's Order Setting Hearing on Confirmation of Chapter 11, Subchapter V Plan and Fixing Deadlines for Acceptance or Rejection of Plan and Fixing Deadline for Objections to Confirmation; and (3) Ballots for Accepting or Rejecting Plan of Reorganization in the above-styled cause by mailing a copy of the same through the United States Postal Service, First Class Mail, Postage Pre-Paid to the parties listed on the attached mailing matrix dated July 1, 2024 and upon all entities having filed a proof of claim.

    Respectfully submitted this 1st day of July 2024.

                                                 */s/ J. Gabriel Carpenter*
                                                 _____
                                                 Harvey B. Campbell, Jr.
                                                 Megan Campbell Carpenter and
                                                 J. Gabriel Carpenter
                                                 *Attorneys for Debtor*
                                                 ALABAMA CONSUMER LAW GROUP, LLC
                                                 P.O. Drawer 756
                                                 Talladega, AL 35161
                                                 (256) 761-1858
                                                 buddy@aclg.law
                                                 megan@aclg.law
                                                 gabe@aclg.law

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-1<br>Case 24-40320-JJR11<br>NORTHERN DISTRICT OF ALABAMA<br>Anniston<br>Mon Jul  1 11:40:02 CDT 2024 | Dee Ford's West, LLC<br>1960 McCaig Road<br>Lincoln, AL 35096-4868 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Steering Committee<br>c/o Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 | U. S. Bankruptcy Court<br>1100 Gurnee Avenue, Room 288<br>Anniston, AL 36201-4565 | Chadwick Hyatt<br>% Steven D. Adcock<br>Attorney at Law<br>114 East Street, North<br>Talladega, AL 35160-2066 |
| Destiny R. Hare<br>% Shunnarah Personal Injury Lawyers<br>2900 1st Avenue, South<br>Birmingham, AL 35233-3033 | Robert Lee Rumsey III<br>Attorney at Law<br>P. O. Box 1325<br>Sylacauga, AL 35150-1325 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| Thomas Lavigne<br>% S. Drew Barnett<br>880 Montclair Drive<br>Suite 300<br>Birmingham, AL 35213-1980 | Thomas Lavigne<br>c/o Harry P. Long, Esquire<br>PO Box 1468<br>Anniston, AL 36202-1468 | U.S. Securities and Exchange Commission<br>Regional Director, Branch of Reorganizat<br>Atlanta Regional Office, Suite 900<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 |
| United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 |
| White Robins Inv. LLC<br>1960 McCaig Road<br>Lincoln, AL 35096-4868 | Harvey B. Campbell Jr.<br>Alabama Consumer Law Group, LLC<br>Post Office Drawer 756<br>400 S. Court Square<br>Talladega, AL 35160-2499 | Jonathan G Carpenter<br>Alabama Consumer Law Group, LLC<br>P.O. Box 756<br>Talladega, AL 35161-0756 |
| Linda B. Gore (SBRA)<br>Linda B. Gore (Sbra), Panel Trustee<br>301 South 3rd Street<br>Gadsden, AL 35901-5236 | Megan Campbell Carpenter<br>Alabama Consumer Law Group, LLC<br>P.O. Drawer 756<br>Talladega, AL 35161-0756 | Robert Landry<br>BA Anniston<br>1129 Noble Street<br>Room 117<br>Anniston, AL 36201-4674 |
| Robert J Landry<br>Bankruptcy Administrator's Office<br>United States Courthouse<br>1100 Gurnee Avenue<br>Anniston, AL 36201-4565 | Thomas Lavigne<br>c/o S. Drew Barnett<br>880 Montclair Drive<br>Suite 300<br>Birmingham, AL 35213-1980 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Destiny R. Hare<br>% Shunnarah Personal Injury Lawyers<br>2900 1st Avenue, South<br>Birmingham, AL 35233-3033 | (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     2<br>Total                  24 |