IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NO. |
| DEE FORD'S WEST, L.L.C., | ) | |
| | ) | 24-40320 |
| DEBTOR. | ) | |
| | ) | (CHAPTER 11 CASE) |

## **BALLOT REJECTING PLAN**

The Debtor filed a Chapter 11, Subchapter V Plan of Reorganization on June 25, 2024(Doc. No. 76) ("the Plan") in this case.

You should review the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your claim or equity interest has been placed in a specific class under the Amended Plan. If you hold claims or equity interests in more than one class, you should submit a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Clerk's Office as set out below on or before November 2, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan.

### **Acceptance or Rejection of the Amended Plan**

The voter is the holder of a unsecured nonpriority claim.

The undersigned, the holder of a Class 1 claim against the Debtor in the unpaid amount of $2,064,276.26.

<u>Check one box only</u>

☐ Accepts the Plan

XX☐ Rejects the Plan

By signing this ballot, the undersigned certifies to the court and the debtor:

1. that as of the voting record date in the Amended Plan, the undersigned is either: (a) the holder of the claim against the debtor set forth above that is

being voted; or (b) an authorized signatory for an entity that is a holder of the claim against the debtor set forth above that is being voted;

2. that the undersigned has received a copy of the Amended Plan and this ballot and acknowledges that solicitation is being made pursuant to the terms and conditions set forth in such documents;

3. that the undersigned has cast the same vote with respect to all claims in the class indicated on this ballot; and

4. that no other ballots with respect to the claim identified above have been cast or, if any other ballots have been cast with respect to such claim, then any such ballots dated earlier are hereby revoked.

Dated: 9/10/2024

Print or type name of creditor: Thomas Lavigne

Signature: _____, as attorney for the claimant

Address: Harry P Long
The Law Offices of Harry P. Long
P. O. Box 1468
Anniston, AL 36202
256-236-3266
hlonglegal8@gmail.com

Return this ballot to:

**THIS BALLOT MAY BE FILED IN THE U.S. BANKRUPTCY CLERK'S OFFICE, BY BEING FILED ELECTRONICALLY AT WWW.ALNB.USCOURTS.GOV, OR BY HAND DELIVERY TO THE CLERK OF THE COURT, 1100 GURNEE AVENUE, ROOM 288, ANNISTON, ALABAMA, 36201, OR BY MAIL TO THE CLERK OF THE COURT AT 1100 GURNEE AVENUE, ROOM 288, ANNISTON, ALABAMA, 36201, TELEPHONE NUMBER (256) 741-1500, NO LATER THAN THE DATE STATED ABOVE AND IN THE ENCLOSED ORDER.**