In re:   Case No. 24-40320-JJR
Dee Ford's West, LLC   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-1     User: admin     Page 1 of 2
Date Rcvd: Sep 12, 2024     Form ID: van002     Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dee Ford's West, LLC, 1960 McCaig Road, Lincoln, AL 35096-4868 |
| mv | + | Thomas Lavigne, c/o S. Drew Barnett, 880 Montclair Drive, Suite 300, Birmingham, AL 35213-1980 |
| 11329919 | + | Chadwick Hyatt, % Steven D. Adcock, Attorney at Law, 114 East Street, North, Talladega, AL 35160-2066 |
| 11329918 | + | Destiny R. Hare, % Shunnarah Personal Injury Lawyers, 2900 1st Avenue, South, Birmingham, AL 35233-3033 |
| 11329920 | + | Robert Lee Rumsey III, Attorney at Law, P. O. Box 1325, Sylacauga, AL 35150-1325 |
| 11315211 | + | Thomas Lavigne, % S. Drew Barnett, 880 Montclair Drive, Suite 300, Birmingham, AL 35213-1980 |
| 11335520 | + | Thomas Lavigne, c/o Harry P. Long, Esquire, PO Box 1468, Anniston, AL 36202-1468 |
| 11315212 | + | White Robins Inv. LLC, 1960 McCaig Road, Lincoln, AL 35096-4868 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: bnc_notices_eastern@alnba.uscourts.gov | Sep 13 2024 00:02:00 | Robert Landry, BA Anniston, 1129 Noble Street, Room 117, Anniston, AL 36201-4674 |
| 11315856 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2024 00:00:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 11315855 | + | Email/Text: karen.brown@treasury.gov | Sep 13 2024 00:00:00 | Secretary of the Treasury, 1500 Pennsylvania Ave., NW, Washington, DC 20220-0001 |
| 11315854 | + | Email/Text: atlreorg@sec.gov | Sep 13 2024 00:01:00 | U.S. Securities and Exchange Commission, Regional Director, Branch of Reorganizat, Atlanta Regional Office, Suite 900, 950 East Paces Ferry Road, Atlanta, GA 30326-1180 |
| 11315857 | + | Email/PDF: USAALN.BNC@usdoj.gov | Sep 13 2024 00:20:47 | United States Attorney, Northern District of Alabama, 1801 Fourth Avenue North, Birmingham, AL 35203-2101 |
| 11315874 | ^ | MEBN | Sep 12 2024 23:49:35 | United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001 |
| 11315873 | + | Email/Text: bnc_notices_southern@alnba.uscourts.gov | Sep 13 2024 00:01:00 | United States Bankruptcy Administrator, Northern District of Alabama, 1800 Fifth Avenue North, Birmingham, AL 35203-2111 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 11330832 | *+ | Chadwick Hyatt, % Steven D. Adcock, Attorney at Law, 114 East Street, North, Talladega, AL 35160-2066 |
| 11330834 | *+ | Destiny R. Hare, % Shunnarah Personal Injury Lawyers, 2900 1st Avenue, South, Birmingham, AL 35233-3033 |

11330833     *+     Robert Lee Rumsey III, Attorney at Law, P. O. Box 1325, Sylacauga, AL 35150-1325

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harry P Long | on behalf of Movant Thomas Lavigne hlonglegal8@gmail.com sjmorganlegal@gmail.com;phr75200@notify.bestcase.com;klonglegal8@gmail.com;ecfpacer@gmail.com;TheLawOfficesofHarryPLongLLC@jubileebk.net |
| Harvey B. Campbell, Jr. | on behalf of Debtor Dee Ford's West  LLC Buddy@aclg.law, notice@aclg.law;AlabamaConsumerLawGroupLLC@jubileebk.net |
| Jonathan G Carpenter | on behalf of Debtor Dee Ford's West  LLC gabe@aclg.law, AlabamaConsumerLawGroupLLC@jubileebk.net |
| Linda B. Gore (SBRA) | linda@ch13gadsden.com |
| Megan Campbell Carpenter | on behalf of Debtor Dee Ford's West  LLC megan@aclg.law, AlabamaConsumerLawGroupLLC@jubileebk.net |
| Richard E. O'Neal | on behalf of Interested Party Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov |
| Robert J Landry | robert_landry@alnba.uscourts.gov  courtmailann@alnba.uscourts.gov |

TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

**In re:**  
Dee Ford's West, LLC

**EIN:** 96−1984033

**Case No.** 24−40320−JJR11  
**Chapter** 11

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*85 −* Bankruptcy Administrator's Motion to Dismiss Filed by Bankruptcy Administrator Robert J Landry. (Landry, Robert)

**Date:** Thursday, October 24, 2024  **Time:** 09:30 AM

**Location:** Room 307, Federal Courthouse, 1100 Gurnee Avenue, Anniston, AL 36201

      Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance may not be required for hearings on certain matters if a settlement has been reached as approved by all parties and announced to the Court by an attorney prior to the hearing date.

Dated: September 12, 2024

By:

Joseph E. Bulgarella, Clerk  
United States Bankruptcy Court

asc