IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| DEE FORD'S WEST, LLC, | ) | CHAPTER 11, SUBCHAPTER V |
| Debtor. | ) | CASE NO.:   24-40320 |

## APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSONS

**COMES NOW** the Debtor, by and through the undersigned attorney, and submits the following Application to Employ Lloyd W. Gathings as special counsel for the Debtor:

1. Debtor desires to employ attorney Lloyd W. Gathings of Gathings Law to represent him in a civil suit styled *Dee Ford's West, LLC v. Mesa Underwriters Specialty Insurance Co.*, Case No. 1-24-cv-00946, in the District Court for the Northern District of Alabama.

2. Debtor has selected this attorney for his extensive litigation experience and results.

3. Debtor has paid no fees to the attorney. The attorney expects to be paid on a contingency basis or to be paid whatever fees might be awarded by the Court under any relevant fee-shifting statutes, subject to approval by the bankruptcy court.

4. Lloyd W. Gathings has no connections with the Debtor, creditors, other parties in interest or with their respective attorneys and accountants, or with the Bankruptcy Trustee or any person employed in the office of the Bankruptcy Trustee.

5. Debtor believes the appointment of Lloyd W. Gathings would be in the best interest of the Debtor and the estate.

**WHEREFORE**, the premises considered, the undersigned requests that the Court approve the employment of Lloyd W. Gathings to represent Debtor as special attorney in the civil suit and that it grant such further or different relief as it deems just and proper.

Respectfully submitted this 19th day of September, 2024.

Page 1 of 2
Case 24-40320-JJR11    Doc 94    Filed 09/19/24    Entered 09/19/24 14:48:11    Desc Main
Document    Page 1 of 3

*/s/ J. Gabriel Carpenter*

_____

Harvey B. Campbell, Jr. and
J. Gabriel Carpenter
*Attorneys for Debtor*
ALABAMA CONSUMER LAW GROUP, LLC
P.O. Drawer 756
Talladega, AL 35161
(256) 761-1858
buddy@aclg.law
gabe@aclg.law

### CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and served a copy of the foregoing by U.S. First Class Mail, postage prepaid, properly addressed to the creditors listed in the attached mailing matrix, and to the following via electronic mail:

| | |
|---|---|
| Linda B. Gore | Harry P. Long |
| Chapter 13 Trustee | Attorney for Thomas Lavigne |
| P.O. Box 1338 | P.O. Box 1468 |
| Gadsden, AL 35902 | Anniston, AL 36202 |
| linda@ch13gadsden.com | hlonglegal8@gmail.com |

*/s/ J. Gabriel Carpenter*

_____

J. Gabriel Carpenter
*Attorney for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-1<br>Case 24-40320-JJR11<br>NORTHERN DISTRICT OF ALABAMA<br>Anniston<br>Thu Sep 19 14:42:09 CDT 2024 | Dee Ford's West, LLC<br>1960 McCaig Road<br>Lincoln, AL 35096-4868 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Steering Committee<br>c/o Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 | U. S. Bankruptcy Court<br>1100 Gurnee Avenue, Room 288<br>Anniston, AL 36201-4565 | Chadwick Hyatt<br>% Steven D. Adcock<br>Attorney at Law<br>114 East Street, North<br>Talladega, AL 35160-2066 |
| Destiny R. Hare<br>% Shunnarah Personal Injury Lawyers<br>2900 1st Avenue, South<br>Birmingham, AL 35233-3033 | Robert Lee Rumsey III<br>Attorney at Law<br>P. O. Box 1325<br>Sylacauga, AL 35150-1325 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| Thomas Lavigne<br>% S. Drew Barnett<br>880 Montclair Drive<br>Suite 300<br>Birmingham, AL 35213-1980 | Thomas Lavigne<br>c/o Harry P. Long, Esquire<br>PO Box 1468<br>Anniston, AL 36202-1468 | U.S. Securities and Exchange Commission<br>Regional Director, Branch of Reorganizat<br>Atlanta Regional Office, Suite 900<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 |
| United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 |
| White Robins Inv. LLC<br>1960 McCaig Road<br>Lincoln, AL 35096-4868 | Harvey B. Campbell Jr.<br>Alabama Consumer Law Group, LLC<br>Post Office Drawer 756<br>400 S. Court Square<br>Talladega, AL 35160-2499 | Jonathan G Carpenter<br>Alabama Consumer Law Group, LLC<br>P.O. Box 756<br>Talladega, AL 35161-0756 |
| Linda B. Gore (SBRA)<br>Linda B. Gore (Sbra), Panel Trustee<br>301 South 3rd Street<br>Gadsden, AL 35901-5236 | Megan Campbell Carpenter<br>Alabama Consumer Law Group, LLC<br>P.O. Drawer 756<br>Talladega, AL 35161-0756 | Robert Landry<br>BA Anniston<br>1129 Noble Street<br>Room 117<br>Anniston, AL 36201-4674 |
| Robert J Landry<br>Bankruptcy Administrator's Office<br>United States Courthouse<br>1100 Gurnee Avenue<br>Anniston, AL 36201-4565 | Thomas Lavigne<br>c/o S. Drew Barnett<br>880 Montclair Drive<br>Suite 300<br>Birmingham, AL 35213-1980 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Destiny R. Hare<br>% Shunnarah Personal Injury Lawyers<br>2900 1st Avenue, South<br>Birmingham, AL 35233-3033 | (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     2<br>Total                  24 |