# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| DEE FORD'S WEST, LLC, | ) | CHAPTER 11, SUBCHAPTER V |
| Debtor. | ) | CASE NO.: 24-40320 |

## MOTION TO CONTINUE

**COMES NOW** the Debtor, Dee Ford's West, LLC, by and through the undersigned counsel, and respectfully requests that the Court continue the upcoming Confirmation Hearing and related Objections. In support thereof, Debtor would state as follows:

1. A Confirmation Hearing and Objections filed by the Trustee and Creditor Thomas Lavigne are currently set for September 26, 2024.

2. Mr. Lavigne is the only creditor in the case. His claim consists of a $2,000,000 judgment against the Debtor.

3. A Motion for Relief was granted so that Debtor could appeal the judgment to the state Supreme Court.

4. Upon information and belief, a tentative settlement has been reached which may satisfy Mr. Lavigne's claim.

5. Upon information and belief, that settlement has not been finalized, but should be shortly.

6. The terms of said settlement may affect the bankruptcy proceedings.

7. The Bankruptcy Administrator has also filed a Motion to Dismiss which is set for hearing on October 24, 2024.

8. Debtor respectfully requests that the Confirmation Hearing and related Objections be continued until the date of the Bankruptcy Administrator's Motion to Dismiss.

9. Mr. Lavigne, the Bankruptcy Administrator, and the Trustee have all consented to a continuance of these matters.

**WHEREFORE,** the premises considered, the Debtor pray this Honorable Court will enter an order continuing the hearing on Confirmation and the Objections filed by the Trustee and Mr. Lavigne.

Respectfully submitted this 20th day of September, 2024.

*/s/ J. Gabriel Carpenter*
_____
J. Gabriel Carpenter
*Attorney for Plaintiff*
ALABAMA CONSUMER LAW GROUP, LLC
Post Office Drawer 756
Talladega, AL 35161-0756
(256) 761-1858
gabe@aclg.law

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will serve a copy on the following:

Robert J. Landry, III
Assistant United States Bankruptcy
Administrator
Northern District of Alabama
robert_landry@alnba.uscourts.gov

Harry P. Long
Attorney for Thomas Lavigne
P.O. Box 1468
Anniston, AL 36202
hlonglegal8@gmail.com

Linda Baker Gore
Chapter 13 Trustee
noticetrustee@ch13gadsden.com

Additionally, I certify that I have served a copy of the foregoing on the creditors listed in the attached Creditor's Matrix.

*/s/ J. Gabriel Carpenter*
J. Gabriel Carpenter
*Attorney for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-1<br>Case 24-40320-JJR11<br>NORTHERN DISTRICT OF ALABAMA<br>Anniston<br>Fri Sep 20 14:52:25 CDT 2024 | Dee Ford's West, LLC<br>1960 McCaig Road<br>Lincoln, AL 35096-4868 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Steering Committee<br>c/o Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 | U. S. Bankruptcy Court<br>1100 Gurnee Avenue, Room 288<br>Anniston, AL 36201-4565 | Chadwick Hyatt<br>% Steven D. Adcock<br>Attorney at Law<br>114 East Street, North<br>Talladega, AL 35160-2066 |
| Destiny R. Hare<br>% Shunnarah Personal Injury Lawyers<br>2900 1st Avenue, South<br>Birmingham, AL 35233-3033 | Robert Lee Rumsey III<br>Attorney at Law<br>P. O. Box 1325<br>Sylacauga, AL 35150-1325 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| Thomas Lavigne<br>% S. Drew Barnett<br>880 Montclair Drive<br>Suite 300<br>Birmingham, AL 35213-1980 | Thomas Lavigne<br>c/o Harry P. Long, Esquire<br>PO Box 1468<br>Anniston, AL 36202-1468 | U.S. Securities and Exchange Commission<br>Regional Director, Branch of Reorganizat<br>Atlanta Regional Office, Suite 900<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 |
| United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 |
| White Robins Inv. LLC<br>1960 McCaig Road<br>Lincoln, AL 35096-4868 | Harvey B. Campbell Jr.<br>Alabama Consumer Law Group, LLC<br>Post Office Drawer 756<br>400 S. Court Square<br>Talladega, AL 35160-2499 | Jonathan G Carpenter<br>Alabama Consumer Law Group, LLC<br>P.O. Box 756<br>Talladega, AL 35161-0756 |
| Linda B. Gore (SBRA)<br>Linda B. Gore (Sbra), Panel Trustee<br>301 South 3rd Street<br>Gadsden, AL 35901-5236 | Megan Campbell Carpenter<br>Alabama Consumer Law Group, LLC<br>P.O. Drawer 756<br>Talladega, AL 35161-0756 | Robert Landry<br>BA Anniston<br>1129 Noble Street<br>Room 117<br>Anniston, AL 36201-4674 |
| Robert J Landry<br>Bankruptcy Administrator's Office<br>United States Courthouse<br>1100 Gurnee Avenue<br>Anniston, AL 36201-4565 | Thomas Lavigne<br>c/o S. Drew Barnett<br>880 Montclair Drive<br>Suite 300<br>Birmingham, AL 35213-1980 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Destiny R. Hare<br>% Shunnarah Personal Injury Lawyers<br>2900 1st Avenue, South<br>Birmingham, AL 35233-3033 | (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     2<br>Total                  24 |