# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

**In the Matter of:**

Dee Ford's West, LLC }  **Case No: 24-40320-JJR11**
}
DEBTOR(S). }
}
}

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #85; Bankruptcy Administrator's Motion to Dismiss Case |
| **Date and Time:** | Thursday, October 24, 2024 10:00 AM |
| **Appearances:** | N/A |
| **Courtroom Deputy:** | Tenina Milner |
| **Presiding Judge:** | JAMES J. ROBINSON |
| **Court Notes:** | This note is for calendaring purposes only (See doc #111 for the BNC order and notice). |
| | For good cause found, the hearing is RESCHEDULED to November 7, 2024, at 9:30 a.m. in the Bankruptcy Courtroom, Room 307, 1100 Gurnee Avenue, Anniston, AL 36201. |

Date Prepared: 10/16/2024