UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
|    Dee Ford's West | * | Case No. 24-40320-JJR11 |
| | * | |
|    Debtor | * | Chapter 11 |

## Motion to Expedite Hearing

Comes now, Linda B. Gore, Subchapter V Trustee for the above-styled case and request the Court expedite the hearing on her fee application as the debtor has agreed to her reduced fee. The Debtor has resolved it's issues and wishes to have this bankruptcy case dismissed as soon as possible.

Wherefore, the Trustee requests that the hearing be set on November 7, 2024 with the Motion to Dismiss that has been set previously on that date.

/s/Linda B. Gore

Linda B. Gore
Subchapter V Trustee
301 South 3rd Street
Gadsden, AL 35901
(256) 546-9262

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Debtor Dee Ford's West, LLC at 1960 McCraig Road, Lincoln, Alabama 35906 and all creditors and parties in interest listed on the matrix attached hereto by placing the same in the U.S. mail, postage prepaid and properly addressed, and by electronic transmission via the Court's CM/ECF system on Robert J. Landry, III, Esq., Assistant US Bankruptcy Administrator at Robert_Landry@alnba.uscourts.gov, and by electronic transmission via the Courts CM/ECF system to the debtor's attorney Jonathan Gabe Carpenter at gabe@aclg.law, Harvey B. Campbell, Jr at Buddy@aclg.law, and Megan Carpenter at megan@aclg.law.

Dated: October 29, 2024.

/s/Linda B. Gore
Linda B. Gore
Subchapter V Trustee
301 South 3rd Street
Gadsden, AL 35901
(256) 546-9262

```
Label Matrix for local noticing          Dee Ford's West, LLC                     Internal Revenue Service
1126-1                                   1960 McCaig Road                         PO Box 7346
Case 24-40320-JJR11                      Lincoln, AL 35096-4868                   Philadelphia, PA 19101-7346
NORTHERN DISTRICT OF ALABAMA
Anniston
Tue Oct 29 15:23:25 CDT 2024

U. S. Bankruptcy Court                   Chadwick Hyatt                           Destiny R. Hare
1100 Gurnee Avenue, Room 288             % Steven D. Adcock                       % Shunnarah Personal Injury Lawyers
Anniston, AL 36201-4565                  Attorney at Law                          2900 1st Avenue, South
                                         114 East Street, North                   Birmingham, AL 35233-3033
                                         Talladega, AL 35160-2066

Robert Lee Rumsey III                    Secretary of the Treasury                Thomas Lavigne
Attorney at Law                          1500 Pennsylvania Ave., NW               % S. Drew Barnett
P. O. Box 1325                           Washington, DC 20220-0001                880 Montclair Drive
Sylacauga, AL 35150-1325                                                          Suite 300
                                                                                  Birmingham, AL 35213-1980

Thomas Lavigne                           U.S. Securities and Exchange Commission  United States Attorney
c/o Harry P. Long, Esquire               Regional Director, Branch of Reorganizat Northern District of Alabama
PO Box 1468                              Atlanta Regional Office, Suite 900       1801 Fourth Avenue North
Anniston, AL 36202-1468                  950 East Paces Ferry Road                Birmingham, AL 35203-2101
                                         Atlanta, GA 30326-1180

United States Attorney General           United States Bankruptcy Administrator   White Robins Inv. LLC
U.S. Department of Justice               Northern District of Alabama             1960 McCaig Road
950 Pennsylvania Avenue, NW              1800 Fifth Avenue North                  Lincoln, AL 35096-4868
Washington DC 20530-0001                 Birmingham, AL 35203-2111

Harvey B. Campbell Jr.                   Jonathan G Carpenter                     Linda B. Gore (SBRA)
Alabama Consumer Law Group, LLC          Alabama Consumer Law Group, LLC          Linda B. Gore (Sbra), Panel Trustee
Post Office Drawer 756                   P.O. Box 756                             301 South 3rd Street
400 S. Court Square                      Talladega, AL 35161-0756                 Gadsden, AL 35901-5236
Talladega, AL 35160-2499

Lloyd W. Gathings                        Megan Campbell Carpenter                 Robert J Landry
Gathings Law                             Alabama Consumer Law Group, LLC          Bankruptcy Administrator's Office
2140 11th Avene South                    P.O. Drawer 756                          United States Courthouse
Ste 210                                  Talladega, AL 35161-0756                 1100 Gurnee Avenue
Birmingham, AL 35205-2840                                                         Anniston, AL 36201-4565

Thomas Lavigne
c/o S. Drew Barnett
880 Montclair Drive
Suite 300
Birmingham, AL 35213-1980


              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Destiny R. Hare                       (d)Internal Revenue Service              End of Label Matrix
% Shunnarah Personal Injury Lawyers      P.O. Box 7346                            Mailable recipients    21
2900 1st Avenue, South                   Philadelphia, PA  19101-7346             Bypassed recipients     2
Birmingham, AL 35233-3033                                                         Total                  23
```