UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| IN RE: | ) | BANKRUPTCY CASE NO. |
|---|---|---|
| | ) | |
| DEE FORD'S WEST, LLC | ) | 24-40320 |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |

## STATEMENT OF REVIEW REGARDING APPLICATION FOR COMPENSATION

**COMES NOW** J. Thomas Corbett, United States Bankruptcy Administrator for the Northern District of Alabama (the "BA"), by and through the undersigned counsel of record, and hereby files this Statement of Review regarding the Application for Compensation (Doc 118) filed by Linda B. Gore, the Subchapter V Trustee ("Trustee"), in the above-styled case and states as follows:

1. The BA's Office has reviewed the Application.

2. The hourly rate and total fee requested by the Trustee is reasonable in light of *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) and as set forth in 11 U.S.C. § 330(a)(3).

3. The Trustee is not seeking reimbursement of expenses.

4. Based on the review of the Application and schedules, such comply with the requirements of 11 U.S.C. § 330, Federal Rule of Bankruptcy Procedure 2016 and Local Rule 2016-1.

5. Compensation is due to be approved under 11 U.S.C. § 330(a)(1) and allowed as an administrative expense under 11 U.S.C. § 503(b)(2).

**WHEREFORE,** the BA recommends approval of the Application as requested.

Respectfully submitted this the 30th day of October 2024.

/s/ Robert J. Landry, III
Assistant U. S. Bankruptcy Administrator
Bar ID No. ASB-3091-L55R
Robert_Landry@alnba.uscourts.gov

OF COUNSEL:
United States Bankruptcy Administrator
1100 Gurnee Avenue
Anniston, Alabama 36201
(256) 741-1540

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October 2024, I have served a copy of the foregoing via email on the parties listed below:

J. Gabe Carpenter
gabe@aclg.law

Linda B. Gore
linda@ch13gadsden.com

                                            /s/ Robert J. Landry, III